UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIKARIO JERMEL TAYLOR-MCMILLON,    **INDICTMENT**

    Defendant.

_____/

The Grand Jury charges:

**Felon in Possession of a Firearm**

On or about September 27, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

TIKARIO JERMEL TAYLOR-MCMILLON,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a SIG Sauer P365 nine-millimeter semiautomatic pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JONATHAN ROTH
Assistant United States Attorney